United States Courts
Southern District of Texas
FILED

*March 12, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:24-cr-550-S** |
| | § | |
| **DONALD WAYNE SHELLY** | § | |
| **BREANNA CORNMAN** | § | |

### <u>S U P E R S E D I N G   I N D I C T M E N T</u>

THE GRAND JURY CHARGES THAT:

### <u>INTRODUCTION</u>

At all times material to this Indictment:

1.    The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2.    The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or computer- generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -
>
> (A) the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct. "

3.    The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2)(A), as any:

1

"actual or simulated -

(i) sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]

(ii) bestiality; [or]

(iii) masturbation; [or]

(iv) sadistic or masochistic abuse; or

(v) [the] lascivious exhibition of the anus, genitals or pubic area of any person."

4. The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as any:

"electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5. The term "producing" is defined, pursuant to Title 18, United States Code, Section 2256(3), as

"producing, directing, manufacturing, issuing, publishing or advertising," and includes downloading images from another source, buy using materials, including a computer or parts thereof.

6. The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but is not limited to, any:

"undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image. "

2

## COUNT ONE
### (Receipt of Child Pornography)

From on or about January 1, 2024, through on or about October 2, 2024, within the Southern District of Texas and elsewhere,

**DONALD WAYNE SHELLY,**

defendant herein, did knowingly receive material that contained child pornography using any means or facility of interstate or foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and Section 2252A(b)(1).

## COUNT TWO
### (Possession of Child Pornography)

On or about October 2, 2024, within the Southern District of Texas and elsewhere,

**DONALD WAYNE SHELLY,**

defendant herein, did knowingly possess material that contained an image of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce; and which had been produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, more specifically: the

defendant possessed a gray Apple iPhone Pro Max linked to a Google Drive account which contained images of child pornography.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT THREE
### (Production of Child Pornography)

On or between January 1, 2024, and mid-February, 2024, within the Southern District of Texas and elsewhere,

**DONALD WAYNE SHELLY and**

**BREANNA CORNMAN,**

defendants herein, did employ, use, persuade, induce, entice, and coerce a minor, to wit: Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) & (e) and Title 18, United States Code, Section 2.

4

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One through Three of the Superseding Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One through Three of the Superseding Indictment; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged Counts One through Three, or any property traceable to such property, including, but not limited to, the following:

Apple iPhone Pro Max bearing IMEI 358677235218008 and Apple Watch.

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

By: _____
CARRIE WIRSING
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone

5